## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ARINN CLARK, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**WEST IRIS TRANSPORT, INC., PATTON LOGISTICS, INC., and FEDERAL EXPRESS GROUND PACKAGE SYSTEM, INC.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)   **Case No.: 2:18-cv-00168 WOB-CJS**<br>)<br>)<br>)   **Jury Trial Demanded**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

In accordance with Rule 68(a) of the Federal Rules of Civil Procedures, Defendants West Iris Transport, Inc. ("West Iris") and Patton Logistics, Inc. ("Patton Logistics") (West Iris and Patton Logistics are collectively referred to hereafter as "Defendants") provide notice to the Court that the named-plaintiff in this action, Arinn Clark, has accepted an offer of judgment served on him by Defendants for all of Plaintiffs' claims in this case. Defendants request that this Court enter judgment against West Iris in favor of Plaintiff for $3,000.00, plus a reasonable attorneys' fee to be determined by the Court and paid by West Iris, in accordance with the terms of the offer of judgment. In support of this request, Defendants state as follows:

1.  On November 28, 2018, Plaintiff was served with an offer of judgment that offered for judgment to be entered against Defendants and in favor of Plaintiff in the amount of $3,000.00 with respect all claims asserted by Plaintiff in this action. A copy of the offer of judgment is attached as **Exhibit A**.

2

2. In addition to the $3,000.00, the offer of judgment specified that it also included Plaintiffs' reasonable attorneys' fees, together with incurred expenses and costs, to be awarded by the Court.

3. On December 10, 2018, Plaintiff served a timely acceptance of the offer of judgment. A copy of the acceptance of the offer of judgment is attached as **Exhibit B**.

4. In this action, originally filed on September 17, 2018, and amended via a First Amended Complaint filed on October 26, 2018, Plaintiff makes the following allegations against Defendants: claims for alleged failure to pay wages, overtime compensation, and minimum wage under 29 USC § 201, *et seq.*; failure to pay overtime under KRS § 337.285, in addition to claims for liquidated damages, reasonable attorneys' fees, and costs under KRS § 337.385; failure to pay minimum wage under KRS § 337.285, in addition to claims for liquidated damages, reasonable attorneys' fees, and costs under KRS § 337.275; untimely payment of wages and unlawful withholding of wages under KRS §§ 337.055 & 337.060, in addition to claims for liquidated damages under KRS § 337.385; failure to provide meal and rest periods under KRS §§ 337.355, 337.365, & 446.070, in addition to claims for punitive damages under KRS §§ 411.186 through 446.070; failure to furnish statement of wage deductions under KRS §§ 337.070, unjust enrichment, disgorgement, punitive damages, claims for pre- and post-judgment interest, reasonable attorneys' fees, costs, declaratory judgment, and injunctive relief, in addition to asserting class action claims on behalf of unidentified members of the proposed class for the above, and collective action claims on behalf of unidentified members of the proposed collective under 29 USC § 216(b).

5. Defendants filed answers denying Plaintiff's claims, specifically denying that Plaintiff was entitled to overtime compensation and contending that Plaintiff has been paid

properly under the Fair Labor Standards Act, in addition to all applicable Kentucky statutes, for all of the time Plaintiff worked and that Plaintiff had received appropriate breaks, among other defenses. West Iris also specifically admitted that it was the sole employer of Plaintiff, while Patton Logistics and co-defendant FedEx Ground Package System, Inc. ("FedEx Ground") specifically denied that they employed Plaintiff.

6. The offer of judgment constitutes a fair and reasonable resolution of Plaintiff's claims as it constitutes more than 100% of his potential recovery in this action. Plaintiff was an employee of West Iris, and Plaintiff worked there for less than three (3) weeks. Furthermore, Defendants maintain that Plaintiff timely received his wages for all but his last week of employment at West Iris.

7. In accordance with Fed. R. Civ. P. Rule 68(a), Defendants file the offer of judgment and notice of acceptance and request that the Court enter judgment against Defendant West Iris in the amount of $3,000.00; award attorneys' fees and costs to be determined at a later date following submission of a fee petition by Plaintiff's counsel and to be paid by West Iris; and dismiss Plaintiff's claims with prejudice as to Defendants.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that the Court enter an Order:

1. Entering judgment on Plaintiff's claims in this case against West Iris in the amount of $3,000.00, plus a reasonable attorneys' fee to be determined by the Court and paid by West Iris.

2. Approving the resolution of Plaintiff's claims through the offer of judgment.

3. Ordering Plaintiff to file a fee petition within fourteen (14) days of the Order.

4. Dismissing with prejudice Plaintiff's claims against Defendants upon approval and implementation of the terms of the offer of judgment.

Respectfully submitted:

*/s/ Brian C. Neal*_____
Brian C. Neal (KY Bar No. 97138)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290
Email: bneal@burr.com

*Attorneys for Defendants West Iris Transport, Inc.
and Patton Logistics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December 2018, I served a copy of the foregoing *Corporate Disclosure* via the Court's ECF system and electronic mail on the following:

| | |
|---|---|
| Peter B. Schneider<br>William M. Hogg<br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br>3700 Buffalo Speedway, Suite 3000<br>Houston, TX  77098 | Michael P. Abate<br>KAPLAN JOHNSON ABATE & BIRD LLP<br>710 West Main Street, Fourth Floor<br>Louisville, KY  40202 |
| Laurel K. Cornell<br>FISHER & PHILLIPS LLP<br>220 West Main Street<br>Suite 1700<br>Louisville, KY 40202 | Melissa McCoy Gormly, Senior Counsel<br>Joseph P. McHugh, Lead Counsel<br>FedEx Ground Package System, Inc.<br>1000 FedEx Drive<br>Moon Township, PA  15108 |

*/s/ Brian C. Neal*_____

32724643 v1